HARDIN *v.* CONEY, LOVEJOY & COMPANY.

PER CURIAM. The court did not abuse his discretion in adjudging the plaintiff in error to be in contempt for refusing to answer proper questions pertinent to the issue in a pending case.

*Judgment affirmed. Beck and Atkinson, JJ., absent. The other Justices concur.*

SEPTEMBER 30, 1911.

Contempt. Before Judge Pendleton. Fulton superior court. November 23, 1910.

*Payne, Little & Jones,* for plaintiff in error.

*Anderson, Felder, Rountree & Wilson,* contra.

---

Chief Justice Fish and Associate Justice Beck were prevented by sickness from taking part in the decision of the cases where their absences are noted.